

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEMARRION MILES, <br><br> Defendant. | Case No.  CR 22-00062-MCS <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On May 31, 2023, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on April 19, 2023.  Paul Blake, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joseph DeLeon. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

>  ☒ the petition alleges that Defendant failed to comply with supervised release conditions by failing to report for mental health counseling and failing to comply with location monitoring procedures and requirements, associating with felons and gang members, and not truthfully reporting law enforcement contacts. Defendant also admitted to marijuana use.

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

>  ☒ allegations in the petition (<u>see</u> above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: May 31, 2023


_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE